FILED IN OPEN COURT
U.S.D.C. - Atlanta

APR 24 2024

KEVIN P. WEIMER, Clerk
By: _____ Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>CRAIG MURFEE ALLEN | Criminal Action No.<br><br>1:24-CR-00130 |

### ORDER

WHEREAS the discovery materials provided and otherwise made available to the defendant by the Government in this case contain materials that are under seal as well as sensitive personally identifiable and financial information pertaining to the defendant and individuals who are not parties to the litigation; and

WHEREAS redaction of all potential sensitive information in this voluminous production would be unduly burdensome, and would be subject to error given the volume of documentation involved in this production;

THEREFORE, IT IS HEREBY ORDERED pursuant to Rule 16(d) of the Federal Rules of Criminal Procedure that:

1. The Government is authorized to disclose materials that are otherwise under seal to fulfil its discovery obligations. The defendant shall file any motions related to this pleadings under seal.

2. Any and all materials and information provided by the Government to the

defendant containing personally identifiable and financial information (hereinafter referred to in this order as "discovery") are to be used by the defendant and his counsel solely for the purpose of allowing the defendant to prepare his defense, and that neither the defendant, defense counsel, nor members of the defense team will disseminate, disclose, or provide discovery materials identified herein, to anyone who is not necessary to the preparation of the defense.

3. All discovery materials provided by the Government, regardless of whether such materials and information have already been produced or will be produced in the future, and regardless of whether such materials and information have or will be produced pursuant to Rule 16 or otherwise, shall not be further disseminated by the defendant or his counsel to any individual, organization, or other entity, other than: (1) members of the defense team, *i.e.*, co-counsel, paralegals, investigators, litigation support personnel, the defendant, and secretarial staff; (2) any experts or consultants retained to assist in the preparation of the defense; and (3) the Court, unless the sensitive information identified herein is redacted from such materials. Upon any dissemination of the materials and information containing the sensitive information identified herein to anyone other than the Court, defense counsel will inform the recipient of this Protective Order and the requirement to maintain the confidentiality of the information conveyed.

4. Defense counsel, any co-counsel, and any investigators may display copies

of any discovery containing the sensitive information identified herein, to non-expert witnesses, if it is determined that it is necessary to do so for the purpose of preparing the defense of the case, and may do so without any notice to the Government. Defense counsel may also provide copies of discovery documents to witnesses in advance of meeting with them, so long as the witnesses agree that they would not disseminate the documents, and so long as defense counsel retrieves all copies of the documents from the witness subsequent to meeting with them.

5. If the defendant's counsel desires to disclose any discovery or make available or communicate the content of such discovery containing the sensitive information identified herein, to any other person not described in this Order or for any purpose other than the defense of the criminal case, Government's counsel must first be so advised and seek to reach an informal resolution of or agreement on the matter. If an agreement cannot be reached, the defendant's counsel shall apply to the Court for relief from this Order.

6. This ORDER solely governs the defendant's and defense team's use of documents produced in this action from the Government. This ORDER does not limit the defendant's and defense team's use of documents that they might already possess prior to receiving discovery, or might obtain through other means.

7. This ORDER shall survive the final termination of this action, and that upon termination of this action and, upon the termination of any appeal, counsel for that the defendant shall return all copies of the discovery to the Government,

or shall certify that said documents have been destroyed.

SO ORDERED this 24 th day of APRIL 2024.

_____
REGINA D. CANNON
UNITED STATES MAGISTRATE JUDGE

Prepared by
Natasha Cooper, Assistant United States Attorney
(404) 581-6264